**Ronald Satish EMRIT, Appellant**

v.

**HOLLAND & KNIGHT,**
**et al., Appellees**

**No. 17–7032**
**September Term, 2016**

United States Court of Appeals,
District of Columbia Circuit.

Filed On: June 13, 2017

Ronald Satish Emrit, Sarasota, FL, pro se.

BEFORE: Srinivasan and Pillard, Circuit Judges, and Ginsburg, Senior Circuit Judge

### JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 27, 2017, be affirmed. Appellant has not shown any error in the dismissal of his case as time-barred. See D.C. Code § 12–301 (establishing three-year limitations period for contract claims, one-year limitations period for various tort claims, and three-year residual limitations period).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.